290

SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 127

**KUHIO EBBTIDE DEVELOPMENT, INC., Plaintiff-Appellee,**

v.

**Charles Morse BARKER, III and Janice Murdoch, Defendants-Appellants**

and

**John Does 1-10; Jane Does 1-10; Doe Partnerships 1-10; Doe Corporations 1-10; Doe Governmental Agencies 1-10; and Doe Entities 1-10, Defendants.**

**NO. CAAP-13-0005374**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
December 16, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CIVIL NO. 11-1-3056-12)

MEMORANDUM OPINION

Affirm.

389 P.3d 127

JLW, Petitioner-Appellant,

v.

KG, Respondent-Appellee

**NO. CAAP-15-0000647**

Intermediate Court of Appeals of Hawaiʻi.

DATED: Honolulu, Hawaiʻi,
December 16, 2016.

APPEAL FROM THE FAMILY COURT OF THE SECOND CIRCUIT (FC-PATERNITY NO. 12-1-0045)

MEMORANDUM OPINION

Vacated. Remanded.

389 P.3d 127

**CERTIFIED CONSTRUCTION, INC., Petitioner-Appellant,**

v.

**Collins TOMEI, as Director of the Department of Finance, County of Hawaiʻi, Respondent-Appellee (CIVIL NO. 14-1-0303)**

and

**In the matter of Certified Construction, Inc., Petitioner-Appellant/Appellee,**

v.

**Collins Tomei, as Director of the Department of Finance, County of Hawaiʻi, Respondent-Appellee/Appellant (CIVIL NO. 14-1-0200)**

**NO. CAAP-14-0001160**
**NO. CAAP-14-0001190**

Intermediate Court of Appeals of Hawaiʻi.

December 16, 2016.

APPEALS FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT

MEMORANDUM OPINION

Affirm.

■

389 P.3d 128

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**Nicole NAMORDI, Defendant-Appellant**

**NO. CAAP-16-0000064**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 19, 2016.

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT, KONA DIVISION (CASE NO. 3DCW-15-0000651)

MEMORANDUM OPINION

Vacated. Remanded.

■

389 P.3d 128

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**David T. CHAPPELL, Defendant-Appellant**

**NO. CAAP-15-0000430**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 22, 2016.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT, WAILUKU DIVISION (CASE NO. 2DTA-14-00976)

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 128

**In the INTEREST OF K CHILDREN**

**NO. CAAP-16-0000199**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 23, 2016.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT (FC-S NO. 13-00072)

MEMORANDUM OPINION

Affirm.

■

389 P.3d 128

**Darnell GRIFFIN, Petitioner-Appellant,**

v.

**STATE of Hawai'i, Respondent-Appellee**

**NO. CAAP-12-0000807**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
December 23, 2016.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (S.P.P. NO. 12-1-0035 (CR. NO. 07-1-0647))